# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| TRAVIS LAVOY JENKINS, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:20-cv-27 |
| | * | |
| v. | * | |
| | * | |
| LINDA GETER, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 12.  Petitioner Travis Jenkins ("Jenkins") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Jenkins' 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.  The Court **DENIES** Jenkins *in*

AO 72A
(Rev. 8/82)

*forma pauperis* status on appeal.

    **SO ORDERED**, this \_\_\_27\_\_\_ day of \_\_\_June\_\_\_, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA